MCGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

SEALED

FILED
JAN 16 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0011 JAM |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| RAUL HERRAS COVARRUBIAS, JONATHAN NOEL BELTRAN-OCHOA, BRYAN SAHID FAVELA, ANGEL GIOVANI BELTRAN, and ISAIAH MEZA, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Justin L. Lee to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: 1-16-2020

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND
[PROPOSED] ORDER

3