1   McGREGOR W. SCOTT
United States Attorney
2   JUSTIN L. LEE
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700

5   Attorneys for Plaintiff
United States of America
6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            CASE NO.  2:20-CR-00011-JAM

12                        Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL
13              v.                         ACT; FINDINGS AND ORDER

14   RAUL HERRAS COVARRUBIAS,              DATE: July 14, 2020
     JONATHAN NOEL BELTRAN-OCHOA,          TIME:  9:15 a.m.
15   BRYAN SAHID FAVELA, AND               COURT: Hon. John A. Mendez
     ANGEL GIOVANI BELTRAN,
16
                         Defendants.
17

18                            **STIPULATION**

19
        1.      By previous order, this matter was set for status on July 14, 2020.
20
        2.      By this stipulation, defendants now move to continue the status conference
21
until September 1, 2020, and to exclude time between July 14, 2020, and September 1,
22
2020, under Local Code T4.
23
        3.      The parties agree and stipulate, and request that the Court find the
24
following:
25
        a)      The government has represented that the discovery associated with
26
this case includes investigative reports, photographs, and audio recordings.  All of
27
this discovery has been either produced directly to counsel and/or made available
28
for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME                1
PERIODS UNDER SPEEDY TRIAL ACT

b)      Counsel for the defendants desire additional time to consult with their clients, review the charges and discovery, conduct defense investigation, and otherwise prepare for trial.

c)      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 14, 2020 to September 1, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 8, 2020                    McGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ JUSTIN L. LEE
                                        JUSTIN L. LEE
                                        Assistant United States Attorney


Dated:  July 8, 2020                    /s/ THOMAS A. JOHNSON
                                        THOMAS A. JOHNSON
                                        Counsel for Defendant
                                        RAUL COVARRUBIAS
Dated:  July 8, 2020                    /s/ KYLE R. KNAPP
                                        KYLE R.KNAPP
                                        Counsel for Defendant
                                        ANGEL BELTRAN
Dated:  July 8, 2020                    /s/ ETAN ZAITSU
                                        ETAN ZAITSU
                                        Counsel for Defendant
                                        BRYAN SAHID FAVELA
Dated:  July 8, 2020                    /s/ CLEMENTE JIMENEZ
                                        CLEMENTE JIMENEZ
                                        Counsel for Defendant
                                        JONATHAN BELTRAN-OCHOA


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9th day of July, 2020.


                                        /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE