1  MCGREGOR W. SCOTT
United States Attorney
2  JUSTIN L. LEE
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
United States of America
6

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00011-JAM |
| 12                    Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| 13           v. | |
| 14  RAUL HERRAS COVARRUBIAS, | DATE: September 1, 2020 |
| 15  JONATHAN NOEL BELTRAN-OCHOA, BRYAN SAHID FAVELA, AND ANGEL GIOVANI BELTRAN, | TIME:  9:15 a.m. COURT: Hon. John A. Mendez |
| 16 | |
| 17                   Defendants. | |

18                              **STIPULATION**

19       1.      By previous order, this matter was set for status on September 1, 2020.

20

21       2.      By this stipulation, defendants now move to continue the status conference

until January 19, 2021, and to exclude time between September 1, 2020, and January 19,
22
2021 at 9:30 a.m., under Local Code T4.
23
       3.      The parties agree and stipulate, and request that the Court find the
24
following:
25
              a)      The government has represented that the discovery associated with
26
this case includes investigative reports, photographs, and audio recordings.  All of
27
this discovery has been either produced directly to counsel and/or made available
28
for inspection and copying.

b)      Counsel for the defendants desire additional time to consult with their clients, review the charges and discovery, conduct defense investigation, and otherwise prepare for trial.

c)      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 1, 2020, to January 19, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3  the period within which a trial must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  August 28, 2020                    McGREGOR W. SCOTT
                                             United States Attorney

8
                                             /s/ JUSTIN L. LEE
9                                            JUSTIN L. LEE
                                             Assistant United States Attorney
10

11
   Dated:  August 28, 2020                   /s/ THOMAS A. JOHNSON
12                                           THOMAS A. JOHNSON
                                             Counsel for Defendant
13                                           RAUL COVARRUBIAS
   Dated:  August 28, 2020                   /s/ KYLE R. KNAPP
14                                           KYLE R.KNAPP
                                             Counsel for Defendant
15                                           ANGEL BELTRAN
   Dated:  August 28, 2020                   /s/ ETAN ZAITSU
16                                           ETAN ZAITSU
                                             Counsel for Defendant
17                                           BRYAN SAHID FAVELA
   Dated:  August 28, 2020                   /s/ CLEMENTE JIMENEZ
18                                           CLEMENTE JIMENEZ
                                             Counsel for Defendant
19                                           JONATHAN BELTRAN-OCHOA

20

21                    **FINDINGS AND ORDER**

22    IT IS SO FOUND AND ORDERED this 28th day of August, 2020.

23

24                                  /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
25                                  UNITED STATES DISTRICT COURT JUDGE

26

27

28