THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RAUL HERRAS COVARRUBIAS,<br><br>Defendant. | Case No.: 2:20-cr-00011-JAM-1<br><br>STIPULATION AND ORDER<br>CONTINUING JUDGMENT AND<br>SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing scheduled for August 3, 2021, is **CONTINUED** to **August 17**,

**2021, at 9:30 a.m**. in the same courtroom.   Defense counsel is out of town on the

currently scheduled date and needs additional time to prepare for sentencing.   Justin Lee,

Assistant United States Attorney, and Thomas A. Johnson, Defendants' attorney, agree to

this continuance. The assigned probation officer is available on the newly requested date.

The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                              August 17, 2021

Reply or Statement                                          August 10, 2021

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and               August 3, 2021
served on the Probation Officer and opposing
counsel no later than:

1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | July 27, 2021 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 20, 2021 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | July 6, 2021 |

**IT IS SO STIPULATED.**

Dated: May 11, 2021                    /s/ Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Raul Covarrubias


                                       PHILLIP A. TALBERT
                                       Acting United States Attorney

Dated: July 16, 2018                   /s/ Justin Lee
                                       JUSTIN LEE
                                       Assistant U.S. Attorney

**<u>ORDER</u>**

IT IS SO ORDERED.


 Dated:  May 17, 2021          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE