THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>RAUL HERRAS COVARRUBIAS,<br><br>    Defendant. | Case No.: 2:20-cr-00011-JAM<br><br>STIPULATION AND ORDER CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 17, 2021, is continued to October 26, 2021, at 9:30 a.m. in the same courtroom. Defense counsel needs additional time to prepare for sentencing. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The assigned probation officer is available on the newly requested date. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | October 26, 2021 |
| Reply or Statement | October 19, 2021 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | October 12, 2021 |

1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | October 5, 2021 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 28, 2021 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | September 14, 2021 |

**IT IS SO STIPULATED.**

Dated: May 28, 2021  /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Raul Covarrubias


PHILLIP A. TALBERT
Acting United States Attorney

Dated: May 28, 2021  /s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney

## ORDER

    IT IS SO ORDERED.

Dated: May 28, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE