THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RAUL HERRAS COVARRUBIAS,<br><br>Defendant. | Case No.: 2:20-cr-00011-JAM<br><br>STIPULATION AND ORDER<br>CONTINUANCE OF JUDGMENT AND<br>SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing scheduled for October 26, 2021, is continued to December 14,

2021, at 9:30 a.m. in the same courtroom.   Defense counsel needs additional time to

prepare for sentencing.  Justin Lee, Assistant United States Attorney, and Thomas A.

Johnson, Defendant's attorney, agree to this continuance. The assigned probation officer

is available on the newly requested date.  The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                                       December 14, 2021

Reply or Statement                                                        December 7, 2021

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and                        November 30, 2021
served on the Probation Officer and opposing
counsel no later than:

1

| | | |
|---|---|---|
| 1 | The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 16, 2021 |
| 2 | | |
| 3 | Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 2, 2021 |
| 4 | | |
| 5 | | |
| 6 | The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | October 19, 2021 |
| 7 | | |

**IT IS SO STIPULATED.**

Dated: September 9, 2021

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Raul Covarrubias


PHILLIP A. TALBERT
Acting United States Attorney

Dated: September 9, 2021

/s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney


## ORDER

        IT IS SO ORDERED.

 Dated:  September 13, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2