1  THOMAS A. JOHNSON, #119203
   KRISTY M. HORTON, #271250
2  Law Office of Thomas A. Johnson
3  400 Capitol Mall, Suite 2560
   Sacramento, California 95814
4  Telephone: (916) 422-4022

5
                    IN THE UNITED STATES DISTRICT COURT
6
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8                                          )
9  UNITED STATES OF AMERICA,               )   Case No.: 2:20-cr-00011-JAM
                Plaintiff,                 )
10                                         )   STIPULATION AND ORDER
       v.                                  )   CONTINUANCE OF JUDGMENT AND
11                                         )   SENTENCING
                                           )
12 RAUL HERRAS COVARRUBIAS,                )
                                           )
13              Defendant.                 )
                                           )
14

15         **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

16 Judgment and Sentencing scheduled for December 14, 2021, is continued to March 1,

17 2022, at 9:30 a.m. in the same courtroom.   Defense counsel needs additional time to

18 prepare for sentencing.  Justin Lee, Assistant United States Attorney, and Thomas A.

19 Johnson, Defendant's attorney, agree to this continuance. The assigned probation officer

20 is available on the newly requested date.  The PSR schedule is to be amended as follows:

21
22 Judgment and Sentencing date:                          March 1, 2022

23
24 Reply or Statement                                     February 22, 2022

25 Motion for Correction of the Pre-Sentence
   Report shall be filed with the court and              February 15, 2022
26 served on the Probation Officer and opposing
   counsel no later than:
27
28

                                                                                          1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | February 8, 2022 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 1, 2022 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | January 18, 2022 |

**IT IS SO STIPULATED.**

Dated: October 18, 2021                                /s/ Thomas A. Johnson
                                                                      THOMAS A. JOHNSON
                                                                      Attorney for Raul Covarrubias


                                                                      PHILLIP A. TALBERT
                                                                      Acting United States Attorney

Dated: October 18, 2021                                /s/ Justin Lee
                                                                      JUSTIN LEE
                                                                      Assistant U.S. Attorney

## ORDER

    IT IS SO ORDERED.

Dated: 10/18/2021                                           /s/John A. Mendez
                                                                      THE HONORABLE JOHN A. MENDEZ
                                                                      UNITED STATES DISTRICT COURT JUDGE

2